## CASES DISMISSED BY THE SUPREME COURT WITHOUT WRITTEN OPINIONS DURING THE JUNE TERM, A. D. 1924.

E. D. Vestel, J. M. Cook and E. J. Hauselt, Plaintiffs in Error, v. E. P. Eagerton, Defendant in Error.

A Writ of Error to the Circuit Court for Orange County.

Writ of Error dismissed on motion of Counsel for Defendant in Error.

*W. B. Crawford,* for Plaintiffs in Error.

*E. W. & R. C. Davis,* for Defendant in Error.

---

J. A. Bland and M. L. Bland, his wife, Appellants, v. L. H. McMullen and Bertha H. McMullen, his wife, M. C. McMullen and Mildred Y. McMullen, his wife, Appellees.

An Appeal from the Circuit Court for Polk County.

Appeal dismissed on motion of counsel for Appellants.

*Rogers, Oxford & Rogers,* for Appellant.

*Edwin Spencer, Jr.,* and *Bradford G. Williams,* for Appellees.